VIRGINIA ALBIZU, Respondent, v JOSE DUVAL, Appellant.

Submitted October 19, 2009; decided November 24, 2009

Reported below, 57 AD3d 384.

Motion for reargument of motion for leave to appeal denied [*see* 13 NY3d 752 (2009)].

RUCHAMA GAMIEL, Appellant, v CURTIS & REISS-CURTIS, P.C., et al., Respondents. (And a Third-Party Action.)

Submitted October 19, 2009; decided November 24, 2009

Reported below, 60 AD3d 473.

Motion for reargument of motion for leave to appeal denied. Motion for a stay dismissed as academic [*see* 13 NY3d 763 (2009)].

In the Matter of SEAN HAMILTON, Appellant, v RICHARD BROWN et al., Respondents.

Submitted September 21, 2009; decided November 24, 2009

Reported below, 54 AD3d 760.

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

In the Matter of REGINALD HANNAH, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents.

Submitted September 21, 2009; decided November 24, 2009

Reported below, 2009 NY Slip Op 71990(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.